Eva Hickerson, as Administratrix, etc., of Charles Sumner Hickerson, Deceased, Appellant, v. The Pennsylvania Railroad Company, Respondent.— Motion to add appeal to the June term calendar granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

J. H. & S. Theatres, Inc., Appellant, v. John A. Fay, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, etc., Respondent.— Motion for stay denied upon condition that respondent stipulate that the appeal be placed at the foot of the June term calendar; otherwise, motion granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

George Kirshy, Respondent, v. Kalil J. Mizhir and Others, Appellants; Isidor Siegel, Gregorio Galindo and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

George Kirshy, Respondent, v. Kalil J. Mizhir and Others, Appellants; Isidor Siegel, Gregorio Galindo and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Ilium Barber & Beauty Supply Co., Inc., Respondent, v. Vincent G. Canade, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Ferdinand H. Pfaltz, Respondent, v. William L. Thompson and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent fifty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

The People of the State of New York, Respondent, v. Charles Campisi, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the October term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

The People of the State of New York, Respondent, v. Clifford Carney, Appellant.— Motion for enlargement of time granted; appellant to perfect the appeal for the October term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

The People of the State of New York, Appellant, v. The City of New York and Louis Finfer, Respondents.— Motion to restore appeal to the June term calendar denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Renaissance Theatre, Inc., and Another, Appellants, v. Sam Kaplan, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, etc., Respondent.— Motion for injunction *pendente lite* denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Harry Scharf, Respondent, v. Joseph Kahaner, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.